No. 276. PENNSYLVANIA RAILROAD CO. *v.* DONNELLY. Supreme Court of Illinois. Certiorari denied. *James H. Winston, Edward R. Adams* and *Theodore Schmidt* for petitioner. *Ezra L. D'Isa* for respondent. 

No. 277. UNITED STATES *v.* ABRAMS ET AL., DOING BUSINESS AS CURTIS KEY CO. C. A. 6th Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *Amos Burt Thompson* for respondents. 

No. 280. HOBBS *v.* HOBBS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Raymond Godbersen* for petitioner. *George A. Hospidor* for respondent. 

No. 281. KLEIN *v.* DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied. *Mayer Goldberg* for petitioner. 

No. 285. R. H. JOHNSON & CO. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *Orrin G. Judd* for petitioners. *Acting Solicitor General Stern, John F. Davis* and *Louis Loss* for the Securities and Exchange Commission, respondent. 

No. 286. HOLLAND COMPANY *v.* AMERICAN STEEL FOUNDRIES. C. A. 7th Cir. Certiorari denied. *Casper W. Ooms* and *L. B. Mann* for petitioner. *George I. Haight* and *Orrin O. B. Garner* for respondent.